**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1688**

_____

KEVIN HENDERSON; LISA RICHARDSON HENDERSON,

         Plaintiffs - Appellants,

      v.

HOWARD COUNTY, MARYLAND; OFFICER PETE, In his official and
individual capacity; DETECTIVE CLATE JACKSON, In his
official and individual capacity; OFFICER JOSHUA LAPIER, In
his official and individual capacity,

         Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Marvin J. Garbis, Senior District
Judge.  (1:09-cv-01957-MJG)

_____

Submitted:  November 18, 2010     Decided:  November 24, 2010

_____

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kevin Henderson, Lisa Richardson Henderson, Appellants Pro Se.
Louis Paul Ruzzi, Melissa Shane Whipkey, HOWARD COUNTY OFFICE OF
LAW, Ellicott City, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Henderson v. Howard County, Md, No. 1:09-cv-01957-MJG (D. Md. May 26, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED